## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WENDY ZELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 3:18-cv-1467 |
| | ) | |
| ROBERT W. ROLAND and SUNRISE | ) | |
| TRANSPORT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL</u>

COMES NOW defendant Sunrise Transport, LLC (hereinafter "defendant"), by and through its undersigned attorneys, and pursuant to 28 U.S.C. § 1441 and § 1446, files its Notice of Removal of the above-captioned action to the United States District Court for the Southern District of Illinois, and for grounds thereof, respectfully states:

1.     The above-captioned action, now pending in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, is a civil action brought by plaintiff Wendy Zeller against defendant Sunrise Transport and Robert Roland.   Plaintiff's Complaint sounds in negligence and alleges a claim for injuries she allegedly suffered in a motor vehicle accident that occurred in St. Clair County, Illinois.

2.     Plaintiff's original Complaint was filed on June 15, 2018, in the Circuit Court of St. Clair County as Cause No. 18-L-0420.  <u>See</u> Complaint, attached hereto as Exhibit A.

3.     The present action is a civil action of which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, and the action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

4.     Plaintiff was, at the time of the commencement of said action, and ever since has been, and still is, a resident and citizen of the State of Illinois.

5.     Defendant Sunrise Transport LLC was, at the time of the commencement of said action, and ever since has been, and still is, a limited liability company organized and existing under the laws of the State of Missouri, and has its chief and principal place of business in the State of Missouri.  Sunrise Transport has one member (Dennis Harrison), who is a resident and citizen of the State of Missouri.  Therefore, defendant is a citizen of the State of Missouri, and is not a citizen of the State of Illinois, for purposes of this Court's diversity jurisdiction.

6.     Defendant Robert Roland was, at the time of the commencement of said action, and ever since has been, and still is, a resident and citizen of the State of Missouri.

7.     Defendant reasonably believes that the damages sought by plaintiff are in excess of Seventy-Five Thousand Dollars ($75,000.00) and, therefore, the matter and amount in controversy in said action, exclusive of interest and costs, exceeds the sum or value of Seventy Five Thousand Dollars ($75,000.00).

8.     With regard to the issue of the amount in controversy, defendant directs the Court to the following facts:  (1) the Complaint reflects that plaintiff is seeking in excess

of $50,000; (2) plaintiff alleges that she was "seriously injured" and "has sustained damages, pain and suffering and will sustain damages, pain and suffering in the future"; (3) prior to suit being filed, plaintiff made a $1 million settlement demand; (4) plaintiff's known claimed medical bills total approximately $36,000; (5) plaintiff's treating physician (Dr. Matthew Gornet) has recommended surgery, which is estimated to cost approximately $100,000; and (6)  plaintiff is seeking punitive damages.

9.      Defendant Sunrise Transport was served with plaintiff's Complaint on July 13, 2018.  Defendant Robert Roland has not yet been served.

10.     Therefore, defendant's Notice of Removal is timely and in accordance with the requirements of 28 U.S.C. § 1446(b), as defendant has filed its Notice of Removal within thirty (30) days of service.

11.     This matter is not an action described in 28 U.S.C. § 1445.

12.     Venue is proper in the United States District Court for the Southern District of Illinois.

13.     Copies of all pleadings filed in this matter thus far are attached hereto as Exhibit B.

WHEREFORE, defendant Sunrise Transport LLC respectfully requests that this Honorable Court accept jurisdiction of said action and for such further relief this Court deems just and proper.

**DEFENDANT DEMANDS TRIAL BY JURY.**

/s/ Denise Baker-Seal_____
John P. Cunningham, #6193598
Denise Baker-Seal, #6255589
BROWN & JAMES, P.C.
Attorneys for Defendants
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois  62220-1547
618/235-5590; 618/235-5591 (Fax)
jcunningham@bjpc.com; smolla@bjpc.com
dseal@bjpc.com; dowens@bjpc.com

## AFFIDAVIT OF SERVICE

I, the undersigned, on the 3rd day of August, 2018 electronically filed this document with the United States District Court, Southern District of Illinois which will send electronic notification to each of the following:

Mr. Shaun M. Lieser
Mr. W. Alex Lamb
Lieser Law Firm, LLC
1034 S. Brentwood Blvd., PH-1C
St. Louis, MO 63117
shaun@lieserlawfirm.com

and

Mr. Thomas Q. Keefe, III
Keefe, Keefe & Unsell, P.C.
#6 Executive Woods Court
Belleville, IL 62226
keefetq@gmail.com
tiffany@tqkeefe.com

(Counsel for Plaintiff)

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ Denise Baker-Seal_____

Wendy Zeller vs. Robert W. Roland and Sunrise Transport, LLC
Case No.: 3:18-cv-1467
Page 4 of 4