UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WENDY ZELLER, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No.: 3:18-CV-1467-NJR-MAB |
| ROBERT W. ROLAND and SUNRISE TRANSPORT, LLC. | ) ) ) ) |
|     Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)]**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

**LIESER LAW FIRM**
By: /s/ Shaun M. Lieser (with consent)
Shaun M. Lieser, #6295198
1034 S. Brentwood Blvd., PH-1C
St. Louis, MO 63117
(314)878-3200
*Attorney for Plaintiff*

Respectfully submitted,

**KEEFE, KEEFE & UNSELL, P.C.**
By: /s/ Thomas Q. Keefe, III (with consent)
Thomas Q. Keefe, III, #6294376
#6 Executive Woods Court
Belleville, IL 62226
(618) 236-2221
*Attorney for Plaintiff*

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
By: _s/ John F. Cooney (with consent)
John F. Cooney, #6192540
103 West Vandalia Street, Suite 300
Edwardsville, IL 62025
(618) 307-7290
*Attorneys for Defendant Robert W. Roland*

Respectfully submitted,

**SWANSON, MARTIN & BELL, LLP**
By: s/ Gary C. Pinter
Gary C. Pinter, #6293560
103 West Vandalia, Suite 2100
Edwardsville, IL   62025
(618) 655-3131
*Attorney for Defendant, Sunrise Transport, LLC*

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41 (a)(1)(ii), IT IS HEREBY ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated: _____                                   _____