IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WENDY ZELLER,

          Plaintiff,

v.

ROBERT W. ROLAND and
SUNRISE TRANSPORT, LLC,

          Defendants.

Case No. 18-cv-1467-NJR-MAB

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed on July 8, 2019 (Doc. 41), this entire action is **DISMISSED with prejudice**.

    **DATED: July 9, 2019**

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ Deana Brinkley
       Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge